[No. 29019-3-I.   Division One.   May 24, 1993.]

WILLIAM J. MCCORMICK, ET AL, *Plaintiffs*, DONALD L. HALL, ET AL, *Appellants*, v. THE CITY OF EDMONDS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-04922-6, John F. Wilson, J., entered

July 21, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Coleman, J.